■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIA DELGADO, Appellant. [838 NYS2d 456]—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on or about November 17, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Sullivan, Buckley, Sweeny and Catterson, JJ.